JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 613 -- In re General Motors 1980 X-Body Car Braking Systems Warranty Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/08/01 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A and B, CERT. OF SERVICE -- General Motors Corporation Motors Corporation -- SUGGESTED TRANSFEREE DISTRICT: D. DISTRICT OF COLUMBIA or D. NEW JERSEY (cds) |
| 84/08/10 | | APPEARANCES: ARNOLD LEVIN, ESQ. FOR Joseph D. Ferraro; JEFFREY S. DAVIDSON, ESQ. FOR General Motors Corp. (cds) |
| 84/08/13 | | APPEARANCE: SEYMOUR KURLAND, ESQ. for Joseph A. Alberti, et al. (cds) |
| 84/08/16 | 2 | RESPONSE -- Pltf. Joseph Ferraro -- w/Exhibits and cert. of svc. (emh) |
| 84/08/16 | 3 | RESPONSE -- Alberti plaintiffs -- w/cert. of service (cds) |
| 84/08/23 | 4 | REPLY -- General Motors Corp. -- w/Attachment and cert. of service (cds) |
| 84/09/21 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-2 for hearing in Galveston, Texas, on Oct. 23, 1984. (rh) |
| 84/10/19 | | HEARING APPEARANCES: JEFFREY S. DAVIDSON, ESQ. FOR General Motors Corp.; TERRELL W. OXFORD, ESQ. FOR Joseph A. Alberti, et al.; ARNOLD LEVIN, ESQ. for Joseph D. Ferraro. (cds) |
| 84/10/26 | 5 | POST HEARING REPLY -- General Motors Corp. -- w/cert. of svc. (emh) |
| 84/11/06 | 6 | SUPPLEMENTAL BRIEF (re: pldg. No. 5) -- General Motors Corp. w/cert. of svc. (cds) |
| 84/11/21 | 7 | SUPPLEMENTAL BRIEF -- Pltf. Joseph Ferraro w/cert. of svc. (ds) |
| 84/11/26 | | CONSENT OF TRANSFEREE COURT -- For transfer or action to D.D.C. before Judge Jackson. (tmq) |
| 8411/26 | | TRANSFER ORDER -- transferring A-2 to the Honorable Thomas P. Jackson in the District of the District of Columbia -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL. HEARING CLERK AND RECIPIENTS (cds) |
| 87/10/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-3 Bobbie Jane Moore v. General Motors Corporation, W.D. Missouri, C.A. No. 87-0649-CV-W1 -- Notified involved counsel and judges (rh) |

JPML FORM 1A

B,2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 613 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/10/21 | 8 | NOTICE OF OPPOSITION -- Filed by **General Motors Corporation** in B-3 Bobbie Jane Moore v. General Motors Corporation, W.D. Missouri, C.A. No. 87-0649-CV-W1 -- Notified involved counsel and judges. (tmq) |
| 87/11/05 | 9 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (see pldg. #8) -- General Motors Corporation -- w/exhibits A,B,C and D -- cert. of svc. (tmq) |
| 87/12/14 | | HEARING ORDER -- Setting motion to transfer B-3 for Panel hearing in Ft. Lauderdale, Florida, on January 28, 1988. (tmq) |
| 88/01/26 | | **WAIVER OF ORAL ARGUMENT -- GENERAL MOTORS CORP.** (cds) |
| 88/02/03 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-3 Bobbie Jane Moore v. General Motors Corporation, W.D. Missouri, C.A. No. 87-0649-CV-W1 -- Notified involved judges, clerks and counsel (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 613 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re General Motors 1980 X-Body Car Braking Systems Warranty Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/26/84 | TO | Unpublished | D.D.C. | Thomas P. Jackson | |

Misc 84-0310

Special Transferee Information

DATE CLOSED: 7/27/95

JPML FORM 1         LISTING OF INVOLVED ACTIONS         District of Columbia
                                                        Judge Thomas P. Jackson

DOCKET NO. 613 -- In re General Motors 1980 X-Body Car Braking Systems Warranty Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Oscar Barbarin [Joseph A. Alberti struck through], et al. v. General Motors Corporation | D.C. Jackson | 84-0888 | | | 7/27/9 5D | |
| A-2 | Joseph D. Ferraro v. General Motors Corporation | N.J. Gerry | 83-3596 | 11/26/84 | 84-3743 | 1/15/85D | |

July 1985 - 1TR; 1XYZ; 1 Dis; 1 Pdg
July 1986 - Same
July 1987 - Same

| B-3 | Bobbie Jane Moore v. General Motors Corporation  10-6-87 opposed 10/21/87 | W.D.Mo. Oliver | 87-0649-CV-W1 | | | | Vacated 2-3-88 |

July 1989 - Same (1 Pdg)
July 1990 - Same
July 1991 - Same
July 1992 - Same

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 613 -- In re General Motors 1980 X-Body Car Braking Systems Warranty Litigation

| | |
|---|---|
| JOSEPH A. ALBERTI, ET AL. (A-1)<br>Seymour Kurland, Esq.<br>Wolf, Block, Schorr and Solis-Cohen<br>Twelfth Floor Packard Building<br>S.E. Corner 15th and Chestnut Streets<br>Philadelphia, PA  19102<br><br>JOSEPH D. FERRARO (A-2)<br>Arnold Levin, Esq.<br>Levin & Fishbein<br>320 Walnut Street<br>Suite 600<br>Philadelphia, PA  19106<br><br>BOBBIE JANE MOORE (B-3)   *Vacated*<br>~~Roger W. McLean, Esq.~~<br>~~Barnett & Ross~~<br>~~705 N. 8th Street~~<br>~~Kansas City, KS  66101~~<br><br>~~George W. Richardson, Esq.~~<br>~~1621 Baltimore~~<br>~~Kansas City, MO  64108~~ | GENERAL MOTORS CORPORATION<br>Jeffrey S. Davidson, Esq.<br>Kirkland & Ellis<br>655 Fifteenth Street, N.W.<br>Washington, D.C.  20005 |

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 613 -- In re General Motors 1980 X-Body Car Braking Systems Warranty Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Motors Corp. | A-1, A-2, B-3 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |