DOCKET NO. 613

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL MOTORS 1980 X-BODY CAR BRAKING SYSTEMS WARRANTY LITIGATION

TRANSFER ORDER*

This litigation consists of two actions, one action each in the District of the District of Columbia and the District of New Jersey. Before the Panel is a motion by the General Motors Corporation (General Motors) to centralize the actions in a single district for coordinated or consolidated pretrial proceedings. General Motors suggests that the District of the District of Columbia is the appropriate transferee forum. The plaintiff in the action pending in the District of the District of Columbia (the D.C. plaintiff) takes no position on the merits of the Section 1407 motion; however, if the Panel deems that transfer is appropriate, the D.C. plaintiff favors centralization in the District of the District of Columbia. The New Jersey plaintiff opposes transfer.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Both actions arise from the alleged failure of the braking systems in certain automobiles, commonly referred to as X-body cars, manufactured by General Motors in 1980. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

We are persuaded that the District of the District of Columbia is the preferable transferee forum. We note that 1) a related government action is currently pending in the District of the District of Columbia before the Honorable Thomas P. Jackson; and 2) an enormous volume of the most relevant documents are already located there as a result of their production in this government action. Centralization in the District of the District of Columbia would thus facilitate the pretrial phase of the two private actions in this litigation.

---

* Judges Fred Daugherty, S. Hugh Dillin and Milton Pollack recused themselves and took no part in the decision of this matter.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of New Jersey be, and the same hereby is, transferred to the District of the District of Columbia and, with the consent of that court, assigned to the Honorable Thomas P. Jackson for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-613 -- In re General Motors 1980 X-Body Car Braking Systems Warranty Litigation</u>

<u>District of New Jersey</u>

<u>Joseph D. Ferraro v. General Motors Corporation,</u> C.A. No. 83-3596

<u>District of the District of Columbia</u>

<u>Joseph A. Alberti, et al. v. General Motors Corporation,</u> C.A. No. 84-0888